# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM McCROAN, #121157,**

    **Plaintiff,**

v.                                             **CASE NO. 4:13cv360-MW/CAS**

**FLORIDA STATE HOSPITAL, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 6, filed August 15, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 7, filed August 28, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "The case is dismissed for failure to state a claim upon which relief may be granted." The clerk shall close the file.

While the First District Court of Appeal quashed the judgment of not guilty by reason of insanity, *McCroan v. State*, 110 So. 3d 533 (Fla. 1st DCA 2013), the First District did not set aside or otherwise invalidate the order insofar as Plaintiff

1

was found to be incompetent and subsequently committed. This is a critical distinction. Once deemed incompetent, the trial court had the authority to commit Plaintiff to the Florida State Hospital and nothing in the First District's ruling suggests otherwise. Moreover, Plaintiff does not suggest the treatment itself violate his constitutional rights. In sum, Plaintiff fails to state a claim upon which relief may be granted.

SO ORDERED on August 30, 2013.

s/Mark E. Walker
United States District Judge